UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LABORER'S PENSION FUND AND LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT, ETC., ET AL.<br><br>PLAINTIFF(S)<br><br>vs.<br><br>PEARSON MASONRY CONSTRUCTION, INC., ET AL.<br><br>DEFENDANT(S) | COURT DATE:<br><br>Case No.<br>**08 C 1055**<br><br><br>AFFIDAVIT OF SERVICE:<br>**SUMMONS & COMPLAINT** |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On **Feb 28, 2008**, at **8:09 PM**, I served the above described documents upon **MICHAEL PEARSON, ind. and d/b/a PEARSON MASONRY CONSTRUCTION, INC.** as shown below:

**PERSONAL SERVICE** was made by leaving a true and correct copy to the within named individual, **MICHAEL PEARSON.**

Said service was effected at **15133 WOOD, HARVEY, IL 60426.**

**DESCRIPTION:** Gender: **M** Race: **BLACK** Age: **64** Hgt: **6'2"** Wgt: **200** Hair: **GRAY** Glasses: **YES**

I declare under penalties of perjury that the information contained herein is true and correct.

*[signature]*

Robert Harenberg, Lic #: 117-001119
Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 900
Wheaton, IL 60187
(630) 221-9007

SUBSCRIBED AND SWORN to before me this 29th day of February, 2008

*[signature] Joan C. Harenberg*

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 07/13/09

NOTARY PUBLIC

CLIENT NAME:
Laborers Pension and Welfare Funds*
FILE #:

ORIGINAL PROOF OF SERVICE

TRACKING #
36741