UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LABORER'S PENSION FUND AND LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT, ETC., ET AL.<br><br>PLAINTIFF(S)<br><br>vs.<br><br>PEARSON MASONRY CONSTRUCTION, INC., ET AL.<br><br>DEFENDANT(S) | COURT DATE:<br><br>Case No.<br>08 C 1055<br><br>AFFIDAVIT OF SERVICE OF:<br>SUMMONS & COMPLAINT |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On **Feb 28, 2008**, at **8:09 PM**, I served the above described documents upon **PEARSON MASONRY CONSTRUCTION, INC.** as shown below:

**CORPORATE SERVICE** was made by leaving a true and correct copy of the documents with **MICHAEL PEARSON / REGISTERED AGENT**, an officer, managing agent or authorized agent of the within named company.

Said service was effected at **15133 WOOD, HARVEY, IL 60426**.

**DESCRIPTION:** Gender: **M**  Race: **BLACK**  Age: **64**  Hgt: **6'2"**  Wgt: **200**  Hair: **GRAY**  Glasses: **YES**

I declare under penalties of perjury that the information contained herein is true and correct.

_Robert Harenberg_ (signature)

Robert Harenberg, Lic #: 117-001119
Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 900
Wheaton, IL 60187
(630) 221-9007

SUBSCRIBED AND SWORN to before me this 29th day of February, 2008

_Joan C. Harenberg_ (signature)
NOTARY PUBLIC

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 07/13/09

CLIENT NAME:
Laborers Pension and Welfare Funds*
FILE #:

ORIGINAL PROOF OF SERVICE

TRACKING #
36740